OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

__Williamsport__   Clerk of District Court          Date____3/11/04____
  (District)

__Grabowski v. Seybold_____          C. of A. No. ____03-4207____
  (Caption)

__Anthony Grabowski_____
  (Appellants)

__01-cv-0650_____
  (D.C. No.)

Enclosures:

____3/11/04_____ Certified copy of C. of A. Order by the Court/**Clerk**
  (Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

__XXXXX__ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
              is recalled.

                                       __Dana M. Moore__  (267)-299-__4927__
                                          Deputy Clerk       Telephone Number

Receipt Acknowledge:

_____
  (Name)

_____
  (Date)
                                                          Rev. 3/13/00
                                   Appeals (Certified List in Lieu of Record)

N:\recrel.wpd

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 03-4207

Grabowski

vs.

Seybold, et al.

Anthony Grabowski, Appellant

(Middle District of Pennsylvania Civil No. 01-cv-00650)

O R D E R

In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.

A True Copy:

*Marcia M. Waldron*
Marcia M. Waldron,
Clerk

*Marcia M. Waldron*

Clerk
United States Court of Appeals
for the Third Circuit

Date: March 11, 2004

cc:
    Jeffrey C. Dohrmann, Esq.
    James D. Young, Esq.
    Paul D. Welch Jr., Esq.